United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MUSTAFA EFE UNSAL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-005 |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

After filing a Petition for Writ of Habeas Corpus, Petitioner Mustafa Efe Unsal now informs the Court that he does not "wish to continue with the case" and desires to "withdraw from the case." (Request, Doc. 13)  The Court construes this filing as a motion to dismiss the case without prejudice, and finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that Petitioner Mustafa Efe Unsal's Request to Withdraw from the Case (Doc. 13) is **GRANTED**; and

**ORDERED** that Petitioner Mustafa Efe Unsal's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this matter.

Signed on January 29, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1